IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Monterio Lamarcus Hood,                )    C/A No.: 1:13-1098-DCN-SVH
                                       )
                  Plaintiff,           )
                                       )
            vs.                        )
                                       )          ORDER
William R. Byars, Jr., Director of     )
SCDC; Robert E. Ward, Director of      )
Operations; Dennis R. Patterson Sr.,   )
Regional Director; Michael D. McCall,  )
Warden of Lee CI; NFN Greer, Chief     )
Investigator; Robert M. Stevenson, III, )
Warden of Broad River CI; Dennis       )
Bush, Assc. Warden; Gregory Pack,      )
Captain; and NFN Estes, Investigator,  )
                                       )
                  Defendants.          )
                                       )

        Monterio Lamarcus Hood ("Plaintiff") is an inmate incarcerated at the Broad

River Correctional Institution ("BRCI"), a facility of the South Carolina Department of

Corrections ("SCDC"). He brings this civil rights action, pro se and in forma pauperis,

pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights by the

following defendants: SCDC Director William Byars; SCDC Director of Operations

Robert E. Ward; SCDC Regional Director Dennis R. Patterson; Lee Correctional

Institution ("LCI") Warden Michael McCall; SCDC Investigator Greer; BRCI Warden

Robert M. Stevenson; BRCI Associate Warden Dennis Bush; BRCI Captain Gregory

Pack; and BRCI Investigator Estes (collectively "Defendants"). Plaintiff alleged

Defendants violated his due process rights when they held him in investigative detention

in the Special Management Unit ("SMU") without notice and a hearing. [Entry #1].

This matter comes before the court on Defendants' motion to compel [Entry #36]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).

In their motion to compel, Defendants argue Plaintiff's discovery responses dated August 28, 2013 [Entry #36-1] and October 10, 2013 [Entry #36-2] are improper, incomplete, and evasive and should be treated as a failure to respond. Plaintiff filed a response clarifying and supplementing his responses to the discovery. [Entry #37]. Defendants did not file a reply indicating that they believed Plaintiff's clarified and supplemented responses were deficient. Therefore, Defendants' motion to compel is denied as moot.

IT IS SO ORDERED.

December 4, 2013
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge