IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Monterio Lamarcus Hood,<br><br>Plaintiff,<br><br>vs.<br><br>William R. Byars, Jr., Director of SCDC; Robert E. Ward, Director of Operations; Dennis R. Patterson Sr., Regional Director; Michael D. McCall, Warden of Lee CI; NFN Greer, Chief Investigator; Robert M. Stevenson, III, Warden of Broad River CI; Dennis Bush, Assc. Warden; Gregory Pack, Captain; and NFN Estes, Investigator,<br><br>Defendants. | C/A No.: 1:13-1098-DCN-SVH<br><br><br><br>ORDER |

    Monterio Lamarcus Hood ("Plaintiff") is an inmate incarcerated at the Broad River Correctional Institution ("BRCI"), a facility of the South Carolina Department of Corrections ("SCDC"). He brings this civil rights action, pro se and in forma pauperis, pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights by the following defendants: SCDC Director William Byars; SCDC Director of Operations Robert E. Ward; SCDC Regional Director Dennis R. Patterson; Lee Correctional Institution ("LCI") Warden Michael McCall; SCDC Investigator Greer; BRCI Warden Robert M. Stevenson; BRCI Associate Warden Dennis Bush; BRCI Captain Gregory Pack; and BRCI Investigator Estes (collectively "Defendants"). Plaintiff alleged Defendants violated his due process rights when they held him in investigative detention in the Special Management Unit ("SMU") without notice and a hearing. [Entry #1].

2

This matter comes before the court on Defendants' motion to compel [Entry #36]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).

In their motion to compel, Defendants argue Plaintiff's discovery responses dated August 28, 2013 [Entry #36-1] and October 10, 2013 [Entry #36-2] are improper, incomplete, and evasive and should be treated as a failure to respond. Plaintiff filed a response clarifying and supplementing his responses to the discovery. [Entry #37]. Defendants did not file a reply indicating that they believed Plaintiff's clarified and supplemented responses were deficient. Therefore, Defendants' motion to compel is denied as moot.

IT IS SO ORDERED.

December 4, 2013                                    Shiva V. Hodges
Columbia, South Carolina                            United States Magistrate Judge